```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                  Case No. 12-cr-132-PB

**Juan Luis Parrilla**

## **O R D E R**

The defendant has moved to continue the December 4, 2012 trial in the above case for a period of 90 days, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 4, 2012 to March 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 26, 2012 final pretrial conference is continued to February 19, 2012 at 2:30 p.m.

SO ORDERED.

                                              <u>/s/Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge

November 15, 2012

cc:   William R. Sullivan, Esq.
     Terry Ollila, AUSA
     United States Marshal
     United States Probation