**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                              Case No. 12-cr-132-PB

<u>**Juan Luis Parrilla**</u>

<u>**O R D E R**</u>

The defendant has moved to continue the March 5, 2013 trial in the above case for a period of 90 days, citing the need for additional time to engage in plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from March 5, 2013 to June 4, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 18, 2013 final pretrial conference is continued to May 20, 2013 at 2:00 p.m.  No further continuances.

SO ORDERED.

                                                         <u>/s/Paul Barbadoro</u>
                                                         Paul Barbadoro
                                                         United States District Judge

February 12, 2013

cc:  William R. Sullivan, Jr., Esq.
     Terry L. Ollila, AUSA
     United States Marshal
     United States Probation