**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                      Case No. 12-cr-132-PB

Juan Luis Parrilla

**O R D E R**

The defendant has moved to continue the June 4, 2013 trial in the above case for a period of 60 days, citing an emergency medical issue for which defense counsel anticipates hospitalization. Counsel further cites the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from June 4, 2013 to August 20, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 28, 2013

cc: William R. Sullivan, Jr., Esq.
Terry L. Ollila, AUSA
United States Marshal
United States Probation